UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>PI-LIEN FONG; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-03879-JAK-JPR<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

### ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 12, 2015  _____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE